**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00009-CV**
_____

**THOMAS AVALOS JR., Appellant**

**V.**

**FORTIS CONSTRUCTION LLC F/K/A AMS CONSTRUCTION LLC,**
**Appellee**

_____

**On Appeal from the 253rd District Court**
**Liberty County, Texas**
**Trial Cause No. 22DC-CV-01607**

_____

**ORDER**

On January 5, 2023, the trial court issued a temporary injunction that ordered Appellant, Thomas Avalos Jr., (1) to allow Appellee, Fortis Construction Company, to recover certain construction equipment on Avalos's property within fourteen days, and (2) prohibited Avalos from moving, selling, damaging, altering, or using the vehicles and tools until they are returned or recovered, and enjoining Avalos from interfering with Appellee's recovery of the equipment.

1

When an accelerated appeal from an interlocutory order is perfected, we may make such orders as are necessary to preserve the parties' rights until disposition of the appeal. Tex. R. App. P. 29.3. After reviewing the motion, we find that temporary orders are necessary to preserve the parties' rights until disposition of the appeal. It is ORDERED that the January 5, 2023 Order Granting Application for Temporary Injunction is STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 29.3. This Order does not stay the trial court's December 5, 2022 Order for Issuance Writ of Sequestration or the trial court's January 5, 2023 Order modifying the Order for Issuance Writ of Sequestration, the replevy of the property, or the issuance of a Writ of Sequestration in Trial Court Case Number 22DC-CV-01607, and at issue in Original Proceeding Number 09-23-00010-CV, *In re Thomas Avalos Jr.*

ORDER ENTERED February 9, 2023.

PER CURIAM

Before Golemon, C.J., Johnson and Wright, JJ.